IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:23-CV-00126-KDB-SCR

TANYA MCGILL,

    Plaintiff,

    v.

DOOSAN BOBCAT INC
ASUNTA WILLIAMS,

    Defendants.

**ORDER**

**THIS MATTER** is before the Court on its own motion to address Plaintiff's failure to pay the required filing fees in this action. Twice, Plaintiff has sought, but been denied, permission to proceed in forma pauperis. (*See* Doc. Nos. 3, 5). Following this Court's order denying Plaintiff's second motion to proceed in forma pauperis with prejudice, Plaintiff was directed to pay the filing fee within twenty-one days. (*See* Doc. No. 5). That order was issued on September 5, 2023, meaning that Plaintiff needed to pay her filing fee by September 26, 2023. Plaintiff has not paid the filing fee, and so, as forewarned in the Court's last order, this action will be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that:

1. This case is dismissed without prejudice; and

2. The Clerk is directed to close this matter in accordance with this Order;

**SO ORDERED ADJUDGED AND DECREED**.

Signed: November 9, 2023

Kenneth D. Bell
United States District Judge